# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| BAE Systems Land & Armaments L.P., | Civil No. 14-cv-3111 (MJD/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Ibis Tek, LLC, | |
| Defendant. | |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated July 30, 2015 (ECF No. 58), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that Defendant's Motion to Transfer, or Alternatively, to Stay Proceedings (ECF No. 26) is **DENIED.**

Date: August 19, 2015

s/Michael J. Davis
Michael J. Davis
United States District Court Judge